AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |  |
|---|---|---|
| MARY EMILIA DELGADO SUAREZ, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   26-cv-1002 |
| 37 AVE RICHOUSE LLC, 37TH AVE RICHOUSE MEMBER LLC, 3T CONSTRUCTION INC, 3T GC LLC, and JIAQI KWON and GREG GE, as individuals, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  see attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Helen F. Dalton & Associates, P.C.

Roman Avshalumov, Esq.

80-02 Kew Gardens Road, Suite 601

Kew Gardens, NY 11415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:   02/20/2026

*Cynthia Valera*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

## RIDER TO SUMMONS

Civil Case No.: _____

FULL COMPLAINT CAPTION:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

MARY EMILIA DELGADO SUAREZ, individually and on
behalf of all others similarly situated,

                                                    Plaintiffs,

        -against-

37 AVE RICHOUSE LLC, 37TH AVE RICHOUSE
MEMBER LLC, 3T CONSTRUCTION INC, 3T GC LLC,
and JIAQI KWON and GREG GE, as individuals,

                                                    Defendants.
--------------------------------------------------------------------X

**Civil Case No.:**

_____

**COLLECTIVE ACTION
COMPLAINT**

*JURY TRIAL
DEMANDED*

*via Personal service:*
**37 AVE RICHOUSE LLC (DOS ID: 5597859)**
133-25 37th Ave, Flushing, NY 11354.

**3T CONSTRUCTION INC (DOS ID: 5309373)**
35-22 LINDEN PL, FLUSHING, NY 11354.

**3T GC LLC (DOS ID: 5521489)**
133-25 37th Ave, Flushing, NY 11354.

**JIAQI KWON**
2930 138TH ST, APT 3A, FLUSHING, NY 11354.
41 Knollwood Rd, Roslyn, NY 11576-1323

**GREG GE**
133-25 37th Ave, Flushing, NY 11354

*via Secretary of State service:*
**37 AVE RICHOUSE LLC (DOS ID: 5597859)**
152 MADISON AVENUE, 14TH FLOOR, NEW YORK, NY 10016.

**37TH AVE RICHOUSE MEMBER LLC (DOS ID: 6419268)**
35-22 LINDEN PL, FLUSHING, NY 11354.

1

**3T CONSTRUCTION INC (DOS ID: 5309373)**
36-26 MAIN STREET, SUITE 2X, FLUSHING, NY 11354.

**3T GC LLC (DOS ID: 5521489)**
2930 138TH ST, APT 3A, FLUSHING, NY 11354.